

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:13-cr-127 |
| v. | ) | |
| | ) | Judge Mattice/Lee |
| DERRICK L. SMITH | ) | |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and Christopher D. Poole, Assistant United States Attorney, and respectfully requests that the attached Indictment, motion to seal and order be sealed to ensure the integrity of the investigation and the safety of the investigators.

WHEREFORE, the United States of America respectfully requests that this motion, the Indictment and ensuing order be sealed with the exception that the United States Attorney's Office will be provided a stamp filed copy.

Submitted this 22nd day of October, 2013.

Respectfully submitted,

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

BY: _____
Christopher D. Poole
Assistant United States Attorney
1110 Market Street, Suite 301
Chattanooga, TN 37402
(423) 752-5140